# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **Wilmington Trust, National Association, as Trustee for the benefit of the registered Holders of UBS Commercial Mortgage Trust 2018-C10, Commercial Mortgage Pass-Through Certificates, Series 2018-C10**,<br><br>Plaintiff,<br><br>v.<br><br>**410 South Main Street LLC**, et al.,<br><br>Defendants. | Case No.  3:20-cv-00677<br><br>Chief Judge Jon E. DeGuilio<br>Magistrate Judge Michael G. Gotsch, Sr. |

## MOTION TO WITHDRAW APPEARANCE OF AMY M. JOHNSTON

Pursuant to N.D. Ind. L.R. 83-8, Amy Johnston, attorney of record for the Plaintiff Wilmington Trust, National Association, as Trustee for the benefit of the registered Holders of UBS Commercial Mortgage Trust 2018-C10, Commercial Mortgage Pass-Through Certificates, Series 2018-C10, acting by and through Rialto Capital Advisors, LLC, as special servicer, respectfully moves this Court for an order granting her leave to withdraw her appearance as attorney of record for Plaintiff and removing her from all service lists in the above referenced matter.

In the undersigned's place, Scott R. Lesser of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. will serve as attorney of record for Plaintiff. Mr. Lesser filed his appearance on behalf of Plaintiff on August 21, 2020.

WHEREFORE, the undersigned respectfully requests this Court enter an order granting Amy M. Johnston leave to withdraw her appearance as attorney of record for Plaintiff, removing

her from all service lists for this matter, and entering Scott R. Lesser's appearance as attorney of record for Plaintiff.

Dated this 28th day of August, 2020.        Respectfully submitted,

        By: */s/ Amy M. Johnston*
        Amy M. Johnston, (Michigan Attorney No. P51272)
        **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        (313) 963-6420
        johnston@millercanfield.com
        Counsel for Plaintiff